UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN C. BUSCHMAN, | ) |
| Plaintiff, | ) Case No. 4:23-cv-00873-JSD |
| v. | ) |
| JEFFERY HALL, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

On March 18, 2024, Defendant Quiktrip Corporation ("Defendant Quiktrip") filed a Motion to Compel Plaintiff's Discovery Answers/Responses and Suggestions in Support ("Motion"), seeking Plaintiff Stephen C. Buschman's answers to Defendant's First Set of Interrogatories and First Request for Production (ECF No. 43). Among other things, in his Motion, Defendant Quiktrip claims that Plaintiff did not respond to Defendant's First Set of Interrogatories and Request for Production by January 29, 2024, thirty (30) days after Defendant Quiktrip served them upon the Plaintiff. Defendant Quiktrip further asserts that after they contacted Plaintiff regarding this failure to respond, Plaintiff said they had not received Defendant's First Set of Interrogatories and Request for Production. Defendant Quiktrip states that they then resent the documents, to which Plaintiff again did not respond. Correspondence to this effect is attached to the Motion as exhibits. A formal Golden Rule Letter from Defendant Quiktrip to Plaintiff regarding this discovery, dated February 14, 2024, is also attached to the Motion as an exhibit. According to Defendant Quiktrip, on the dating of filing the Motion, Plaintiff had still not answered Defendant's First Set of Interrogatories and Request for Production.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall respond to Defendant Quiktrip's Motion to Compel Plaintiff's Discovery Answers/Responses and Suggestions in Support (ECF No. 43) no later than **March 27, 2024**, or the Court will rule on Defendant's unopposed Motion. The Court cautions Plaintiff that failure to comply with this order may result in sanctions including but not limited to dismissal of Plaintiff's Complaint without prejudice.

                                                      JOSEPH S. DUEKER
                                                      UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of March, 2024.